UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER        21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

-----------------------------------------------------------------x
FELIX MALDONADO and CHRISTINA SANTOS

                              Plaintiffs,    Index No.: 06 CV 14825
       -against-
                                                                    **NOTICE OF**
RECTOR OF TRINITY CHURCH, et al.        **APPEARANCE**

                              Defendants.    **ELECTRONICALLY**
-----------------------------------------------------------------x  **FILED**

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, ("TRINITY CHURCH") I/S/H/A "RECTOR OF TRINITY CHURCH".**

I certify that I am admitted to practice in this court.

Dated:     New York, New York
           December 10, 2007

                                                 LONDON FISCHER LLP
                        By:    _____
                                                 Gillian Hines Kost (GK-2880)
                                                 59 Maiden Lane
                                                 New York, New York 10038
                                                 Phone: (212) 972-1000
                                                 Fax: (212) 972-1030

*Attorney for Defendants*
**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, ("TRINITY CHURCH") I/S/H/A "RECTOR OF TRINITY CHURCH".**

K: VGFutterman\WTC-Trinity\Plaintiff\Maldonado\Pleadings\Notice of Appearance